No. 149. TEXAS & PACIFIC RY. CO. *v.* TEXAS ET AL. Argued Decem-

ber 17, 18, 1935. Decided December 23, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Zucht* v. *King,* 260 U. S. 174, 176; *Sugarman* v. *United States,* 249 U. S. 182, 184; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. T. D. Gresham,* with whom *Messrs. M. E. Clinton* and *Herbert Fitzpatrick* were on the brief, for appellant. *Mr. H. Grady Chandler,* Assistant Attorney General of Texas, and *Mr. William McCraw,* Attorney General, with whom *Mr. Scott Gaines,* Assistant Attorney General, was on the brief, for appellees.